In The United States District Court
For The District of Massachusetts
Worcester Division

David Wattleton,
    Petitioner,

vs

                                   04-40176

Harley Lappin, Director
Federal Bureau of Prisons
    Respondents,

## Petition For Writ of Mandamus

COMES NOW, the petitioner, David Wattleton, through pro se, hereby files this mandamus petition requesting that this Court should enjoin the respondent to provide him with access to his legal documents, papers, property, free type writer ribbon, correction tape, legal copies, stamps and access to the law library within the period of time that the Eleventh Circuit Court of Appeals have allotted for him to file his legal brief. Mr. Wattleton believes that he is being denied access to these items by the respondents and there are no adequate means available to remedy his clear and indisputable right to access the courts. He further asserts that if he does not receive access to these items and a reasonable period of time to research, type and file his legal brief he may forfeit his right to the appeal process.

-1-

Mr Wattleton argues that he is an involuntarily committed insanity acquittee and because of his mental condition he is unable to work. Therefore the respondents have an obligation to provide him - an indigent inmate - with free typewriter ribbons, correction tape, copies and stamps for legal purposes. Moreover, Mr Wattleton believes that he has a right protected by the Constitution of the United States to have access to the Courts. And lastly, if the respondents do not provide Mr Wattleton with the above mentioned items their failure would constitute a Constitutional impediment which is prohibited. See <u>Bounds</u>

In conclusion, Mr Wattleton believes he has demonstrated a clear and indisputable right to access the Courts and a showing of a denial of that right that would necessitate an order from this Court enjoining the respondents to provide Mr Wattleton the items he requested.

Wherefore, for the foregoing reasons Mr Wattleton request an order from this Court consistent with the above.

Respectfully submitted,

*David Wattleton*