# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**WATTLETON**

        **Plaintiff**

   v.

**LAPPIN**

        **Defendant**

Civil Action No. **04-40176-RCL**

## ORDER OF DISMISSAL

**LINDSAY**, D.J.

In accordance with this Court's order dated **3/3/05**, and the plaintiff not having shown good cause why this case should not be dismissed pursuant to 28 U.S.C. § 1915(e)(2), it is ORDERED that the within action be and it is hereby dismissed.

By the Court,

/s/ Lisa Hourihan

**Deputy Clerk**

Date **6/7/05**

(Dismissal 1915.wpd - 12/98)      [odism.]